IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLENE V. WILLIAMS, individually and as parent and natural guardian of Z.P.M., a minor,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS M. SCHRAM, et al.,<br><br>      Defendants. | Case No.  4:05-cv-4139-JLF |

**ORDER**

This matter is before the Court on the Amended Motion for Leave to File Second Amended Complaint for Damages (Doc. 32) filed by the plaintiff, Charlene V. Williams, individually and as parent and natural guardian of Z.P.M., a minor, on August 12, 2005.   The Motion is **GRANTED**.

Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading and that leave to amend "shall be freely given when justice so requires."   Defendant did not file an objection to plaintiff's motion.   A party has 10 days after the service of a motion to file a written response.   See SDIL-LR 7.1(g).   Plaintiff shall file her Second Amended Complaint for Damages by September 16, 2005.

The Court admonishes the plaintiff, in the future, to comply with the rules of court. Failure to comply with rules of the court may result in the striking of pleadings.

**DATED: September 14, 2005.**

              **s/ Donald G. Wilkerson**
              **DONALD G. WILKERSON**
              **United States Magistrate Judge**